AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

District of Nevada



| United States of America | ) | |
| v. | ) | Case No. 2:13-cr -339-GMN-PAL |
| JASON MATTHEW ROMERO | ) | |
| *Defendant* | ) | |

FILED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY                      DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable George W. Foley, Jr., U.S. Magistrate Judge | Courtroom No.: | 3A |
| | | Date and Time: | September 13, 2013 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: ___Sep 12, 2013___

_____
*Judge's signature*

GEORGE W. FOLEY, JR., U.S. Magistrate Judge
_____
*Printed name and title*