RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Cristen C. Thayer
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Cristen_Thayer@fd.org

Attorney for Jason Matthew Romero

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
|        Respondent/Plaintiff, | Case No. 2:13-cr-00339-GMN-PAL-1 |
|    v. | **Stipulation to Extend Deadline for Sixth Joint Status Report** |
| Jason Matthew Romero, | |
|        Petitioner/Defendant. | |

The parties jointly request that the Court grant an extension of time to file the sixth joint status report due today, January 25, 2021, for the following reasons:

1. On September 30, 2019, this Court granted Defendant Jason Romero's motion to stay these proceedings pending the Ninth Circuit's decision in *United States v. Monico Dominguez*, No. 14-10268 (9th Cir.), which was expected to address whether Hobbs Act robbery qualifies as a crime of violence under the elements clause of 18 U.S.C. § 924(c). In April 2020, the Ninth Circuit issued *United States v. Dominguez*, 954 F.3d 1251 (9th Cir. 2020), holding that both

completed and attempted Hobbs Act robbery qualified as crimes of violence under 18 U.S.C. § 924(c)'s elements clause.

2.      The parties have provided joint status updates, and the Court has continued the stay pending final resolution of the *Dominguez* case.  ECF Nos. 58-68.  Most recently, the Court granted the parties' joint request for a stay pending the outcome of Mr. Dominguez's expected petition for a writ of certiorari with the Supreme Court and directed the parties to file a joint status report every 90 days beginning January 25, 2021.  ECF No. 68.

3.      It is the parties understanding that Mr. Dominguez has filed a petition for writ of certiorari.  However, the petition has not been docketed by the Supreme Court.  Therefore, the parties request the Court extend the due date for the sixth joint status report 14 days, which will allow the parties time to review the petition once it is docketed and provide the Court with their positions.

Dated:  January 25, 2021.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

By: */s/ Cristen C. Thayer*
Cristen C. Thayer
Assistant Federal Public Defender

By: */s/ Elizabeth O. White*
Elizabeth O. White
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:13-cr-00339-GMN-PAL-1 |
| v. | **Order Granting First Stipulation to Extend Deadline for Sixth Joint Status Report** |
| Jason Matthew Romero, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to extend the deadline for the sixth joint status report currently due January 25, 2021.

**IT IS THEREFORE ORDERED** that the parties have until February 8, 2021 (14 days), to file the sixth joint status report.

DATED: January  25 , 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Certificate of Service**

I certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the appellate CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.  The following non-CM/ECF participants will be served by U.S. Mail:  Mr. Jason Romero.

*/s/ Marlene Mercado*

Employee of the Federal Public Defender