# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

JASON MATTHEW ROMERO,

Defendant.

JUDGMENT

Case Number: 2:13-cr-00339-GMN-PAL-1

(Related case: 2:16-cv-01416-GMN)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States. A Certificate of Appealability shall not issue.

11/1/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk