RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CRISTEN C. THAYER
Assistant Federal Public Defender
Nevada State Bar No. 12873
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Cristen_Thayer@fd.org

Attorney for Jason Matthew Romero

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MATTHEW ROMERO,<br><br>Defendant. | Case No. 2:13-cr-00339-GMN-PAL<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Adam Flake, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Cristen C. Thayer, Assistant Federal Public Defender, counsel for Jason Matthew Romero, request that the due date for Mr. Romero's Reply to the Government's Response to Defendant's Motion for Compassionate Release (ECF No. 90), be extended fourteen (14) days from July 5, 2022, to July 19, 2022.

This Stipulation is entered into for the following reasons:

1. The Bureau of Prisons has been unable to schedule a legal call between defense counsel and Mr. Romero. Therefore, defense counsel requires more time to consult with Mr. Romero before filing a reply.

2. The parties agree to the continuance.

3. Mr. Romero does not object to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the reply's deadline.

DATED this 5th day of July 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Cristen C. Thayer<br>CRISTEN C. THAYER<br>Assistant Federal Public Defender | By /s / Adam Flake<br>ADAM FLAKE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON MATTHEW ROMERO,<br><br>　　　　Defendant. | Case No. 2:13-cr-00339-GMN-PAL<br><br>ORDER |

**IT IS THEREFORE ORDERED** that upon consideration of Defendant's Request to Extend Deadline for Filing his Reply to Government's Response to Motion for Compassionate Release, that the Defendant's Deadline to file his Reply is extended to July 19, 2022.

DATED this __5__ day of July 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT