UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>JASON MATTHEW ROMERO,<br><br>　　　　　　Defendant. | Case No. 2:13-cr-000339-GMN-PAL-1<br><br>**CLARIFICATION ORDER** |

This matter is before the court to clarify the Judgment previously entered in this criminal case ("Judgment") (ECF No. 37), following the sentencing held on October 2, 2014. The Government has notified the Court that money recovered in the amount of $2,357.00 was released to Jonathan Veltri , a representative for victim, The Greens Bar and Grill on 8/21/2013, reducing the amount owed to them from $12,700.75 to $10,343.75.  The Court thus finds good cause exists to clarify the Judgment and modify the restitution order.

**IT IS THEREFORE ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**　　THE GREENS BAR AND GRILL
　　　　　　　　　　　2241 North Green Valley Parkway
　　　　　　　　　　　Henderson, NV 89014

**Amount of Restitution:** $10,343.75

This above amount does not reflect any payments that may have previously been made.

**Total Amount of Restitution ordered:  $10,343.75**

DATED this __28__ day of _____July_____, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE