RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-CR-00339-GMN-PAL |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING** |
| v. ) | |
| JASON MATTHEW ROMERO, ) | **(First Request)** |
| Defendant. ) | |

　　　　IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Sigal Chattah, United States Attorney, and Jean Ripley, Assistant United States Attorney; and Defendant Jason Matthew Romero, by and through his counsel, Richard A. Wright, Esquire, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for Wednesday, May 14, 2025 at 10:00 a.m., be vacated and continued for at least 60 days from the date of the hearing o a date and time convenient to this Court.

　　　　The request for a continuance is based upon the following:

　　　　1.　　On May 13, 2025 at 9:00 a.m., Mr. Romero has an initial appearance in Henderson Municipal Court, *City of Henderson v. Jason Matthew Romero*, Case No. 25CR002013. Mr. Romero wants to resolve the misdemeanor case or reach a global resolution.

　　　　2.　　Mr. Romero has been admitted to the hospital on an acute condition. It is unknown when Mr. Romero will be released, and thus, the extent to which Mr. Romero will be able to seek a resolution of either the Henderson or this matter prior to the currently scheduled hearing dates.

///

1        3.      Additionally, denial of this request for a continuance could result in the miscarriage

2 of justice.

3        4.      Additional time requested by this Stipulation is made in good faith and not for

4 purposes of delay.

5        5.      This is the first request for a continuance of the revocation for supervised release

6 hearing for the current pending petition.

7        Dated this 29th day of April, 2025.

| | |
|---|---|
| WRIGHT MARSH & LEVY | SIGAL CHATTAH<br>United States Attorney |
| By:    /s/ Richard A. Wright<br>      RICHARD A. WRIGHT, ESQUIRE<br>      300 S. Fourth Street<br>      Suite 701<br>      Las Vegas, NV 89101<br>      Attorney for Jason Matthew Romero | By:    /s/ Jean Ripley<br>      Jean Ripley<br>      Assistant U.S. Attorney District of Nevada<br>      501 Las Vegas Boulevard South<br>      Suite 1100<br>      Las Vegas, NV 89101<br>      Counsel for the United States of America |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00339-GMN-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| JASON MATTHEW ROMERO, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for May 14, 2025 at 10:00 am., be vacated and continued to _____ July 15 , 2025, at 9:00 a.m. .

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE