RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON MATTHEW ROMERO,<br><br>    Defendant. | CASE NO. 2:13-CR-00339-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Sigal Chattah, United States Attorney, and Jean Ripley, Assistant United States Attorney; and Defendant Jason Matthew Romero, by and through his counsel, Richard A. Wright, Esquire, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for Tuesday, July 15, 2025 at 9:00 a.m., be vacated and continued for at least 30 days from the date of the hearing o a date and time convenient to this Court.

The request for a continuance is based upon the following:

1. On July 17, 2025 at 9:00 a.m., Mr. Romero has an appearance in Henderson Municipal Court, *City of Henderson v. Jason Matthew Romero*, Case No. 25CR002013 at which time the case is expected to be concluded. Mr. Romero wants to resolve the misdemeanor case before his revocation hearing.

2. Mr. Romero remains on Supervised Release and has not had any additional problems since the filing of the petition for revocation.

3. Counsel for Mr. Romero has a medical appointment in California on July 15, 2025.

4. Additionally, denial of this request for a continuance could result in the miscarriage of justice.

5. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the second request for a continuance of the revocation for supervised release hearing for the current pending petition.

Dated this 8th day of July, 2025.

| WRIGHT MARSH & LEVY | SIGAL CHATTAH |
|---|---|
| | United States Attorney |
| By: /s/ Richard A. Wright | By: /s/ Jean Ripley |
| RICHARD A. WRIGHT, ESQUIRE | Jean Ripley |
| 300 S. Fourth Street | Assistant U.S. Attorney District of Nevada |
| Suite 701 | 501 Las Vegas Boulevard South |
| Las Vegas, NV 89101 | Suite 1100 |
| Attorney for Jason Matthew Romero | Las Vegas, NV 89101 |
| | Counsel for the United States of America |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00339-GMN-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| JASON MATTHEW ROMERO, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for July 15, 2025 at 9:00 am., be vacated and continued to _____ August 20 , 2025, at 2:00 p.m .

_____ July 8, 2025
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3