

# Certificate of Completion

**JASON ROMERO**

Has successfully completed the BOSS Court Education course

"Anger Management/Impulse Control" - Facial Recognition Verified Course

This 18th Day of August, 2025

BOSS Court Education
Business license #: NV20131288654
Nevada DMV Traffic Safety License ID: TSS000043904
Nevada DMV DUI Class License ID: DUI000043905

Case Number: 25cr002213

**DEFENDANT'S EXHIBIT A**

# HENDERSON MUNICIPAL COURT: SENTENCING ORDER

☒ Dept 1   ☐ Dept 2   ☐ Dept 3

**CITY OF HENDERSON, Plaintiff**
Case #: 25CR002213
DR #: 25-02861
☐ DOMESTIC BATTERY / ☐ DUI:
☐ 1st Offense / ☐ 2nd Offense

VS.

Romero, Jason Matthew, Defendant
☒ OTHER (List Below): Battery (Not w/ a Deadly Weapon)

☒ Guilty; ☐ Nolo; ☐ Adjudication Stayed; ☐ Submitted on the Record; Pending: ☐ Dismissal; ☐ Amendment to _____

Total Fines/AA Fees Imposed: $ 305    Fines/Fees Suspended if compliant: $ _____
☐ $35 DB Assessment Fee  ☐ $60 Blood/Breath Test  ☐ $50 Time Payment Setup Fee  ☐ Credit for Time Served: $ __
Total Fines/Fees Due: $ 305    Payments: $ ___ per month or fine due in full by/beginning __/__/__
(Pd F/cash bond refund balance)

Mail to: Henderson Municipal Court, PO Box 95050 - MS621, 243 Water Street, Henderson, NV 89009
On-line: https://www.cityofhenderson.com/government/departments/municipal-court

**THE ABOVE REFERENCED DEFENDANT IS HEREBY SENTENCED TO THE FOLLOWING SENTENCING CONDITIONS**

☐ **PROBATION / DIRECT SUPERVISION** (See Agreement & Rules Form)    ☒ **PROBATION / INDIRECT SUPERVISION**

You must appear in person to Special Programs and Services (SPS), located at 243 Water Street, Lower Level, Henderson, NV immediately following court or upon the first business day following your release from custody. Failing to appear at the Special Programs and Services office, failing to comply with the court's order or receipt of a non-compliant report from any agency may result in _immediate_ arrest for Probation Violation or a Bench Warrant issued for your arrest. You must report to Special Programs and Services as directed throughout the term of Supervision. You must provide correct contact information to Special Programs and Services and report any changes of that information immediately.

Probation / Supervision Expiration Date: 7/29/26

- ☐ DUI School
- ☐ Victim's Impact Panel (VIP)
- ☐ Coroner's DUI Program (CDP)
- ☐ Coroner's Visitation Program (CVP)
- ☐ Ignition Interlock Device (IID) **
- ☐ Suspension of Registered Vehicles **
- ☐ Substance Use Counseling
  - ☐ Outpatient Cnsl  ☐ Inpatient Cnsl
  - ☐ Intensive Outpatient Cnsl
  - ☐ Group / ☐ Individual
  - ☐ ___ times/week for ___ weeks
- ☐ DART Program
  - ☐ ___ weeks/months  ☐ Duration
  - ☐ Controlled Subst. including Marijuana
  - ☐ Alcohol  ☐ Both (Alc & CS/Marijuana)
- ☐ SCRAM Program ___ weeks/months
  - ☐ Install Prior to Release from Custody
  - ☐ Report out-of-custody to SPS upon release for installation
- ☐ Drug Patch
  - ☐ ___ weeks/months  ☐ Duration
- ☐ AA / NA / GA (or acceptable alternative)
  - ☐ ___ times/week for ___ weeks
- ☐ Conditions concurrent with case(s): _____
- ☐ Suspended jail consecutive to/concurrent with case(s): _____

- ☐ Domestic Violence Counseling
  - ☐ (26 sessions, 1x/week)
  - ☐ (52 sessions, 1x/week)
- ☐ Surrender, Sell or Transfer Firearms **
- ☒ Impulse Control/Anger Management — Online
  - ☒ Level 1 (8 hours)  ☐ Level 2 (16 hours)
  - ☐ 13 Week Course
- ☐ Petit Larceny Class
- ☐ 8 Hour Drug & Alcohol Education Class
- ☐ Restitution of $ _____
  Payable to City of Henderson on behalf of: _____
  ☐ In Full  ☐ Monthly Payments of $ ___ by/beginning __/__/__
  (Submit payment to Special Programs and Services)
- ☐ Other: _____

☐ Compliance with Conditions on Case(s)

- ☒ Jail sentence imposed: 60 days
  Suspended/Pending: 59 days
  Jail Time Served: 1 days
  Balance of Jail Due: 0 days
  Converted to: ☐ House Arrest ☐ Com. Svc
  ☐ House Arrest ___ days (if qualifies)
  ☐ Community Service ___ hours
  (To be completed at a min. rate of 4 hrs./wk)

The following conditions are for case duration, unless otherwise notated:
- ☒ No further arrests or criminal citations
  ☐ Same/similar ☒ Any criminal
- ☐ **No possession / use of alcohol
- ☐ **No possession / use of controlled substances including marijuana, unless a Nevada medical marijuana card is obtained
  **Submit to testing as deemed necessary by SPS**
- ☒ Trespassed from:
  43 S. Stephanie St
  Crab N Spice
- ☒ No contact with: [redacted]
  ☐ except as ordered by family court

** Separate order required

☐ **UNSUPERVISED / COURT ORDERED STATUS CHECKS**   UNSUPERVISED PARTICIPANTS:
You must provide the Court completion certificates/documentation for court ordered programs on or before your return court date. For a list of approved classes/programs please refer to:
https://www.cityofhenderson.com/government/departments/police/special-programs-and-services
Return Court Date: __/__/__ @ __:__ AM / PM Department 1 / 2 / 3
☐ Appearance Required  ☐ Appearance Not Required if compliant with ALL orders  ☐ No return court date at this time

It is hereby ordered this 31st day of July, 20 25.

_____
Presiding Judge of the Henderson Municipal Court

Original - Court / Yellow - SPS / Pink - Defendant (revised 12/17/24)

YOUR OPINION MATTERS.

**DEFENDANT'S EXHIBIT B**